THE PEOPLE OF THE STATE OF NEW YORK ex rel. LONG DOCK MILLS AND ELEVATOR, Appellant, *v.* WILLIAM C. WILSON, as Deputy and Acting Comptroller of the State of New York, Respondent.

*People ex rel. Long Dock Mills & Elevator* v. *Wilson,* 121 App. Div. 376, affirmed.

(Argued November 23, 1908; decided December 8, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 3, 1907, which modified and affirmed as modified a determination of the defendant in assessing a franchise tax ·against the relator.

*William N. Dykman* for appellant.

*William S. Jackson, Attorney-General (George P. Decker* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT and WERNER, JJ. Dissenting: CULLEN, Ch. J., HISCOCK and CHASE, JJ.